# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RONALD PAK ZERN,

    Petitioner,

v.                                  Case No. 3:18cv731-RV-HTC

MARK S INCH,

    Respondent.

_____/

## ORDER

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 53). Having considered the Report and Recommendation, and allowing time for objections to be filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is

    **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation (Doc. 53) is adopted and incorporated by reference in this Order.
2. The Petition under 28 U.S.C. § 2254 (ECF Doc. 1) is **DENIED**.
3. A certificate of appealability is **DENIED**.
4. The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of February, 2020.

                s/*Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**